UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case Number _____

LAWRENCE C. JOHNSON,            :

    Plaintiff,                  :

v.                              :

UNITED STATES OF AMERICA        :
d/b/a MIAMI VA HEALTHCARE
SYSTEM,                         :

    Defendants.                 :
_____

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, LAWRENCE C. JOHNSON, and sues Defendant UNITED STATES OF AMERICA d/b/a MIAMI VA HEALTHCARE SYSTEM, and states:

1. That this is an action for damages under the Federal Tort Claims Act, 28 USC 1346(B), et seq. within the jurisdictional limits of this Court, and the United States District Court has jurisdiction of this case as a matter of law in all respects.

2. That at all pertinent times, Plaintiff LAWRENCE C. JOHNSON is a resident of Miami-Dade County, Florida as well as a veteran of the United States Armed Services having served as an active duty member of the United States Marine Corps from on or about October 1967 through May 1969.

3. That the United States of America does business at all pertinent times as the MIAMI VA HEALTHCARE SYSTEM and owned and operated a hospital in Miami-Dade County known as the Miami VA Hospital.

4. That at all pertinent times, said Defendant acted by its employees, agents, and apparent agents of physicians, staff, nurses and technicians including, but not limited to, Relin Yang, M.D. and James Ashford, M.D. Relin Yang, M.D. and James Ashford, M.D. both examined and treated Plaintiff LAWRENCE C. JOHNSON in the VA Hospital while Plaintiff was an inpatient at the VA Hospital in the month of May 2016. Based upon the actions and conduct of Relin Yang, M.D. and James Ashford, M.D. as treating physicians of Plaintiff LAWRENCE C. JOHNSON in the VA Hospital, Plaintiff LAWRENCE C. JOHNSON believed them to be employees or agents of the Defendant. Plaintiff LAWRENCE C. JOHNSON allowed or agreed to treatment by Relin Yang, M.D. and James Ashford, M.D., based upon their conduct and representation that they were agents or employees of the VA Hospital. Plaintiff LAWRENCE C. JOHNSON'S reliance was to his detriment as he was injured as set forth below by the actions and inactions of Relin Yang, M.D. and James Ashford, M.D.

5. That any and all conditions precedent to the maintenance of this action have been complied with, have occurred or have been waived by Defendant, including notice to Defendant under 28 USC 1346(B) et seq. and Florida Statute 766 et seq. However, Defendant failed to cooperate and provide full and proper compliance with its obligations to provide good faith statutory presuit discovery as required by Florida Statute 766.106.

6. That the undersigned counsel for the Plaintiff hereby certifies that a reasonable investigation as permitted by the circumstances has been made and said investigation gives rise to a good faith belief that grounds exist for this action against said Defendant.

7. That on or about May 26, 2016, Plaintiff LAWRENCE C. JOHNSON received a Dobhoff feeding tube inserted by James Ashford, M.D. at Defendant Hospital. A Dobhoff feeding tube is a tube that allows liquefied food and nutritional products to be delivered through a tube inserted by the physician through the nose to travel directly into the stomach or duodenum (small intestine). James Ashford, M.D. breached the accepted standard of care and breached the prevailing professional practices that he owed to Plaintiff LAWRENCE C. JOHNSON in that instead of placing the Dobhoff feeding tube into Plaintiff's stomach or duodenum, he placed it into Plaintiff's lung and then failed to recognize or appreciate the tube's misplacement and left it misplaced.

8. That in spite of the fact that the Dobhoff feeding tube was misplaced, the Plaintiff was fed nutritional material and/or food through the Dobhoff feeding tube with the result being that the food traveled down the Plaintiff's Dobhoff feeding tube into Plaintiff's lung as opposed to Plaintiff's stomach or duodenum.

9. As a result of the acts stated above, food material was fed directly into Plaintiff LAWRENCE C. JOHNSON'S airway and lung causing and resulting in significant injuries and damages including, but not limited to, sepsis, pleural effusion and pneumonia.

10. That Relin Yang, M.D. was the senior attending supervisor physician of James Ashford, M.D. and breached the accepted standard of care and prevailing professional practices owed to Plaintiff LAWRENCE C. JOHNSON by failing to properly supervise JAMES ASHFORD, M.D. and by failing to recognize the improper placement of the Dobhoff feeding tube and then allowing the feeding through the malpositioned and misplaced tube to occur.

11. That further, Defendant, acting through James Ashford, M.D. and Relin Yang, M.D., and other Defendant's staff members including nurses or technicians, breached the accepted standard of care and prevailing professional practices owed to Plaintiff LAWRENCE C. JOHNSON by utilizing the Dobhoff feeding tube without first verifying, through the use of radiological studies, that it was correctly inserted and placed in his stomach or duodenum.  Further, as a result of the acts above, Plaintiff LAWRENCE C. JOHNSON was injured in and about his body and extremities, suffered and will suffer aggravation of pre-existing conditions, suffered and will suffer pain therefrom, suffered and will suffer mental pain and suffering, incurred and will incur medical expenses in the treatment of his injuries, suffered and will suffer physical handicap, his capacity to enjoy life was impaired in the past and into the future and he suffered a permanent injury within a reasonable degree of medical probability.  His injuries and damages are permanent and continuing in nature and Plaintiff LAWRENCE C. JOHNSON will suffer losses and impairments in the future.

WHEREFORE Plaintiff, LAWRENCE C. JOHNSON, sues Defendant UNITED STATES OF AMERICA d/b/a MIAMI VA HEALTHCARE SYSTEM for compensatory damages, costs, and such other relief as may be allowable by law.

Dated this 4th day of December, 2017.

        JEFFREY RYNOR, ESQUIRE
        Co-Counsel for Plaintiff JOHNSON
        Mitrani Rynor Adamsky & Toland, P.A.
        301 W 41st Street, PH
        Miami Beach, FL 33140-3633
        Office: 305-358-0050
        Fax: 305-358-0550
        Email: jrynor@mitrani.com
        Florida Bar Number: 308838

        DEUTSCH BLUMBERG
        & CABALLERO, P.A.
        Co-Counsel for Plaintiff JOHNSON
        100 N. Biscayne Boulevard, Suite 2802
        Miami, Florida  33132
        Tel.: (305) 358-6329
        Fax: (305) 358-9304
        Email: erb@deutschblumberg.com

        By: __/s/Edward R. Blumberg_____
            EDWARD R. BLUMBERG, ESQ.
            Florida Bar No. 190870